No. 02–8167. IN RE VISINTINE. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of habeas corpus dismissed. See this Court's Rule 39.8.

No. 02–7729. IN RE ABDUL-MUQSIT. Petition for writ of mandamus denied.

No. 01–1366. PARDEE COAL CO., INC., ET AL. *v.* HOLLAND ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–414. LOUISIANA DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT *v.* CHAMPAGNE ET AL. Dist. Ct. La., Iberia Parish. Certiorari denied.

No. 02–460. SCHNEIDER *v.* ENGLAND, SECRETARY OF THE NAVY. C. A. 9th Cir. Certiorari denied.

No. 02–697. GOMEZ ET UX. *v.* ATKINS. C. A. 4th Cir. Certiorari denied.

No. 02–740. JAMES ET AL. *v.* MEOW MEDIA, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 02–741. MACKLIN *v.* CITY OF NEW ORLEANS, LOUISIANA, ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–744. COLEMAN *v.* SIMPSON, TRUSTEE. C. A. 4th Cir. Certiorari denied.

No. 02–745. CANNON *v.* SWINDELL ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–746. ALABAMA-COUSHATTA TRIBE OF TEXAS *v.* AMERICAN TOBACCO CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–747. MARTIN, INDIVIDUALLY AND AS THE ADMINISTRATOR OF THE ESTATE OF MARTIN, DECEASED *v.* ARKANSAS BLUE CROSS AND BLUE SHIELD, A MUTUAL INSURANCE CO. C. A. 8th Cir. Certiorari denied.